UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 18 MAG 10938 ____ (MRG) |
| Plaintiff, | : | |
| | : | **ORDER OF DISMISSAL** |
| -against- | : | |
| | : | |
| ERIC SANBORN | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby

dismissed.

SO ORDERED.

_____

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:    30   day of December _____ , 20 19
          Poughkeepsie, New York